# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

> **v.**                                     **Case No. 3:03cr20/RV**

**STEVEN RAY STOKES**

_____/

## ORDER REDUCING SENTENCE

The term of imprisonment to which defendant Steven Ray Stokes is sentenced is hereby reduced to a term of one hundred eighty (180) months.  In all other respects the original sentence remains unchanged.

SO ORDERED this 5th day of March, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**